MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JONATHAN SCOTT INGLES,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00075-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 43 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 43 additional days to respond to Plaintiff's opening brief. The current due date is September 26, 2019. The new due date will be November 8, 2019.

This is Defendant's first request for an extension of time for briefing and the first request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel diligently worked on various district court cases and other substantive non-court matters, some of which required more time to complete than anticipated. Counsel also has at least 25 district court matters scheduled between September 26, 2019, to November 8,

2019.  Some of the other cases have been previously extended by other plaintiffs or Defendant, and counsel is prioritizing older cases while trying to avoid making multiple requests for extension where possible.  She requires additional time to review the record in this case, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including November 8, 2019, to respond to Plaintiff's opening brief.  This request is made in good faith with no intention to unduly delay the proceedings.  Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: September 23, 2019          LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Lawrence D. Rohlfing by C.Chen\**
(As authorized by email on 9/23/2019)
LAWRENCE D. ROHLFING
Attorneys for Plaintiff

Date: September 23, 2019          MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

  Dated:   **September 25, 2019**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE